# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOVERAIN IP, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MICROSOFT CORPORATION**<br><br>*Defendant.* | **Civil Action No. 2:17-cv-204-RWS-RSP**<br><br>**LEAD CASE** |
| **SOVERAIN IP, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**EPISERVER, INC. AND EPISERVER AB**<br><br>*Defendants.* | **Civil Action No. 2:17-cv-291** |

## ORDER OF DISMISSAL

CAME ON FOR CONSIDERATION, Plaintiff Soverain IP, LLC's ("Soverain" or "Plaintiff"), and Defendants Episerver, Inc. and Episerver AB's (collectively, "Episerver" or "Defendants") Joint Motion to Dismiss. Having considered the motion it is hereby GRANTED.

Accordingly, all claims asserted in the matter by Soverain against Episerver are DISMISSED WITHOUT PREJUDICE. All attorneys' fees, costs, and expenses shall be borne by the incurring party.

**SIGNED this 8th day of November, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE